UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

David White,

                              Plaintiff,

-against-

The City of New York, et al, P.O. KEVIN PADILLA [SHIELD # 16328], P.O. GAVIER ALMANZER [SHIELD # 9934], SERGEANT MICHAEL T. NOCERINO [SHIELD # 491], P.O. PATRICK CASIANO [SHIELD # 4363], P.O. ANTHONY GECEVICE [SHIELD # 20437], P.O. SHEMAS REHMAN [SHIELD # 2026], P.O. RICKEY DENG [SHIELD # 15988], P.O. DANIEL OLBRICH, and JOHN DOE AND JANE DOE (the names John and Jane Doe being fictitious, as the true names are presently unknown),

**STIPULATION AND ORDER OF DISMISSAL**

18 cv 06490 (WFK) (RER)

                              Defendants.
----------------------------------------------------------------- x

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
April 1, 2020

LAW OFFICES OF UGO UZOH P.C.
*Attorneys for Plaintiff*
56 Willoughby Street, 3rd Floor
Brooklyn, NY 11201
718-874-6045

By: _____
Ugochukwu Uzoh
*Attorney for Plaintiff*

JAMES E. JOHNSON
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Padilla, Almanzer, Gecevice, Nocerino, Casiano, Rehman, Olbrich and Deng*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Amatullah Booth
*Senior Counsel*

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ II
UNITED STATES DISTRICT JUDGE

Dated: _____, 2020